# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| GEORGE SCOTT, | ) | 3:07-CV-466-LRH (RAM) |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | April 8, 2009 |
| L.P.N. MURPHY, et al., | ) | |
| Defendants. | ) | |

PRESENT:  THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  JENNIFER COTTER      REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Defendants have filed a Motion to Stay Dispositive Motion Deadline Pending Defendants' Motion for Consolidation in Case No. 3:07-cv-544-LRH (RAM) (Doc. #13). Good cause appearing,

Defendants' Motion to Stay Dispositive Motion Deadline Pending Defendants' Motion for Consolidation in Case No. 3:07-cv-544-LRH (RAM) (Doc. #13) is **GRANTED**.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:    /s/
       Deputy Clerk